# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

BLAKE PHILIP DIAZ

NO. 2019 KW 1354

DEC 2 3 2019

In Re:   Blake Philip Diaz, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 569091.

**BEFORE:   HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.**

TMH
AHP
WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT